# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSE
# WESTERN DIVISION

AUDREY SEYMOURE,

    Plaintiff,

CASE NO.: 2:18-cv-02469-SHL-cgc

-vs-

C.R. ENGLAND, INC.,

    Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Audrey Seymoure, by and through the undersigned counsel, hereby notifies the Court that a Settlement Agreement is pending in this matter. Upon execution of the same, Plaintiff will promptly file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on August 10, 2018, I electronically filed the foregoing document using CM/ECF which will serve copies on all parties of record.

    */s/ Frank H. Kerney, III*
    Frank H. Kerney, III
    Tennessee BPR No.: 035859
    MORGAN & MORGAN, PA
    201 North Franklin Street, 7th Floor
    Tampa, Florida 33602
    Telephone: (813) 225-5505
    Facsimile: (813) 222-2490
    FKerney@ForThePeople.com
    JessicaK@ForThePeople.com
    *Attorney for Plaintiff*